UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                              Case No. 15-20652

vs.

                              HON. GEORGE CARAM STEEH

BILLY ARNOLD, et al,

        Defendants.
_____/

ORDER GRANTING GOVERNMENT'S REQUEST
FOR DESIGNATION OF TRIAL GROUPS [DOC. 503]

This matter is before the court on the government's motion requesting designation of trial groups, filed March 1, 2017. The government stated its rationale for the proposed trial groups on the record at the status conference on February 28, 2017. No objections having been filed by any of the defendants, the court GRANTS the government's request. In order to facilitate scheduling for all parties, trial groups are set as follows:

Trial Group 1

Billy Arnold
Quincy Graham
Jerome Gooch
Michael Rogers
Devon Patterson
Jeffery Adams

- 1 -

<u>Trial Group 2</u>

Corey Bailey
Robert Brown
Arlandis Shy
Keithon Porter
James Robinson
Eugene Fisher


<u>Trial Group 3</u>

Steven Arthur
Derrick Kennedy
Christopher Owens
Anthony Lovejoy
Diondre Fitzpatrick
Donnell Hendrix
Matleah Scott


IT IS SO ORDERED.

Dated: March 28, 2017

                                                  s/George Caram Steeh
                                                  GEORGE CARAM STEEH
                                                  UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on March 28, 2017, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk